```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
            CASE NO. 06-20335-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOHN PETERS,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John O'Sullivan, on February 13, 2007. A Report and Recommendation filed on March 8, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One, Two, Three, Four and Five of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28[h] day of March, 2007.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge John O'Sullivan
        Anne Lyons, AFPD
        Alejandro Soto, AUSA